PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ESTEBAN GERARDO RAMIREZ, AKA "ESTEBAN RAMIREZ VERDUZCO," AND MARSHA GARMA PHILLIPS,<br><br>  Defendants. | CASE NO. 2:22-CR-0055-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 26, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on May 26, 2022.

2. By this stipulation, defendants now move to continue the status conference until August 4, 2022, at 9:30 a.m., and to exclude time between May 26, 2022, and August 4, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 20 gigabytes of investigative reports and related documents in electronic form, including undercover footage and audio, recorded statements, forensic cellular phone extractions, search warrants, and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their clients, review the current charges, conduct investigation and research related to the charges, review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 26, 2022 to August 4, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 24, 2022                 PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ ADRIAN T. KINSELLA
                                    ADRIAN T. KINSELLA
                                    Assistant United States Attorney


Dated: May 24, 2022                 /s/ LUPE MARTINEZ
                                    LUPE MARTINEZ
                                    Counsel for Defendant
                                    ESTEBAN GERARDO RAMIREZ


Dated: May 24, 2022                 /s/ ETAN ZAITSU
                                    ETAN ZAITSU
                                    Counsel for Defendant
                                    MARSHA GARMA PHILLIPS


## ORDER

IT IS SO FOUND AND ORDERED this 24th day of May, 2022.

_____
Troy L. Nunley
United States District Judge