PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN GERARDO RAMIREZ, AKA "ESTEBAN RAMIREZ VERDUZCO," AND MARSHA GARMA PHILLIPS,<br><br>Defendants. | CASE NO. 2:22-CR-0055-DAD<br><br>STIPULATION REGARDING CONTINUANCE OF J&S AND MODIFICATION OF PSR SCHEDULE; FINDINGS AND ORDER<br><br>DATE: July 18, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing hearing for both defendants on July 18, 2023. ECF No. 67.

2. The probation officer has since informed the parties she needs additional time to complete the presentence reports. Accordingly, by this stipulation, the parties jointly request that the Court continue the sentencing hearings to August 22, 2023, and modify the PSR schedule as follows:

    a)    Sentencing Date: August 22, 2023,

    b)    Reply, or Statement of Non-Opposition: August 15, 2023

    c)    Formal Objections: August 8, 2023,

    d)    Final Presentence Report: August 1, 2023,

    e)    Informal Objections: July 25, 2023,

      3.      Draft Presentence Report: July 11, 2023.

IT IS SO STIPULATED.

Dated:  June 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  June 30, 2023

/s/ LUPE MARTINEZ
LUPE MARTINEZ
Counsel for Defendant
ESTEBAN GERARDO RAMIREZ

Dated:  June 30, 2023

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
MARSHA GARMA PHILLIPS

**ORDER**

Pursuant to the stipulation of the parties, the sentencing hearing in this case is continued to August 22, 2023, at 9:30 a.m. before the undersigned and the court adopts the schedule set forth above.

IT IS SO ORDERED.

Dated:  **June 30, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE