Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
MARSHA PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESTEBAN GERARDO RAMIREZ, AKA "ESTEBAN RAMIREZ VERDUZCO," AND MARSHA GARMA PHILLIPS,<br>　　　　　　　　　　Defendant. | Case No.: 2:22-CR-00055 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES** |

The parties, defendant Marsha Garma Phillips, by and through her counsel Etan Zaitsu, Esteban Gerardo Ramirez, by and through his counsel Lupe Martinez, and the Government, by and through its counsel Adrian Kinsella, hereby stipulate as follows:

1. Defendants Ramirez and Phillips changed their pleas on November 8, 2022 and December 20, 2022, respectively.

2. Since then, the parties have stipulated to several continuances of their sentencing date and related filings. Currently, sentencing for both defendants is scheduled on August 22, 2023.

3. Probation filed defendant Ramirez's Draft PSR on July 17, 2023 and defendant Phillips' Draft PSR on July 18, 2023. Shortly after these filings, however, Probation became aware of United States v. Castillo, 69 F.4th 648 (9th Cir. 2023) a recent

1

**Stipulation and Order to Continue Sentencing**

circuit opinion that significantly impacts and alters the guideline ranges of both defendants in this case. Probation has since reached out to all parties to discuss the significance of the new law and the changes Probation has applied to each defendant's Guideline calculation and range. These changes are or will be reflected in the defendants' respective Final PSR.

4. With respect to defendant Ramirez, informal objections and the Final PSR containing the amended guideline calculations were filed on July 28, 2023.

5. With respect to defendant Phillips, the parties agreed in consultation with Probation to delay filing informal objections and the Final PSR in anticipation of this stipulation and continuance request.

6. Given the change in law and need for additional time to prepare and respond to the changes in the PSR, the parties now agree that a two-week continuance of the sentencing date and the remaining filing dates is appropriate.

7. Probation has reviewed and agrees with the stipulation and request.

8. Therefore, the parties agree and stipulate to the following schedule:

   Sentencing Date: September 5, 2023,

   Reply, or Statement of Non-Opposition: August 29, 2023,

   Formal Objections: August 22, 2023,

   Final Presentence Report as to Defendant Phillips: August 15, 2023,

   Defendant Phillips' Informal Objections: August 8, 2023,

IT IS SO STIPULATED.

Dated:  July 31, 2023                                         Respectfully submitted,

                                                              */s/ Etan Zaitsu*
                                                              ETAN ZAITSU
                                                              Attorney for Defendant
                                                              MARSHA GARMA PHILLIPS

2

**Stipulation and Order to Continue Sentencing**

Dated: July 31, 2023                           Respectfully submitted,

                                               */s/ Lupe Martinez*
                                               LUPE MARTINEZ
                                               Attorney for Defendant
                                               ESTEBAN GERARDO RAMIREZ

Dated: July 31, 2023                           Respectfully submitted,

                                               */s/ Adrian Kinsella*
                                               ADRIAN KINSELLA
                                               Assistant U.S. Attorney

**ORDER**

Based upon the representations of the parties, and good cause showing, the Court orders the sentencing hearings for defendants Esteban Gerardo Ramirez and Marsha Garma Phillips reset for September 5, 2023, with filing due dates reset as follows: Defendant Phillips' Informal Objections: August 8, 2023; Final Presentence Report as to Defendant Phillips Only: August 15, 2023; Formal Objections: August 22, 2023; Reply, or Statement of Non-Opposition: August 29, 2023.

IT IS SO ORDERED.

Dated:  **August 1, 2023**                     _____
                                               UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**